## COLLINS *v.* THE STATE.

LUMPKIN, J. Where a charge of vagrancy, under the act of 1905, was brought against a minor over sixteen and under twenty-one years of age, and it did not appear that her parents were unable to support her, a verdict of guilty was not warranted by the evidence. *Braswell* v. *State,* 119 *Ga.* 72.　　　　　*Judgment reversed. All the Justices concur.*

Submitted February 19,—Decided March 22, 1906.

Accusation of vagrancy. Before Judge Hodges. City court of Macon. January 16, 1906.

*Guyton Parks* and *E. W. Maynard,* for plaintiff in error.
*William Brunson, solicitor-general,* contra.